HERMAN GOTTHELF et al., Respondents, *v.* MAX J. SHAPIRO et al., Appellants.

*Gotthelf* v. *Shapiro,* 146 App. Div. 918, affirmed.
(Argued December 10, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for an injunction and to have it adjudged that defendant Max J. Shapiro executed a contract to purchase certain real property, accepted a deed to the same and executed a bond and mortgage thereon as the agent of defendant Hyman Shapiro and for his use and benefit and to have it further decreed that defendant Hyman Shapiro be substituted in the place of Max J. Shapiro on the bond and mortgage and be declared liable for any deficiency arising on its foreclosure.

*Edward W. S. Johnston, Benjamin E. Messler* and *Simon H. Kugel* for appellants.

*Samuel I. Frankenstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.